ACCEPTED
01-15-00362-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 12:44:24 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00362-CV

In the First Court of Appeals

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 12:44:24 PM
CHRISTOPHER A. PRINE
Clerk

**JEFF LEWIS**, *APPELLANT*

*v.*

**AURORA LOAN SERVICES, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS**, *APPELLEES*

APPEAL FROM CAUSE NO. D-1-GN-11-000618
201ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. ORLINDA L. NARANJO

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*Jeff Lewis*

ORAL
ARGUMENT
REQUESTED

i

## GROUNDS FOR MOTION

1. Appellant's Brief is due to be filed in Court on June 29, 2015.

2. Appellant's counsel has four (4) briefs coming due within a 2-week time frame. Counsel is in need of more time to adequately draft and file Appellant's Brief.

3. Appellant is asking for a 30-day extension.

4. This is Appellant's first request for an extension.

## PRAYER

For the foregoing reasons, Appellant prays the Court will grant the motion.

Respectfully submitted,

/s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferenced with opposing counsel, Daniel P. Tobin, via e-mail on June 25, 2015. Opposing counsel is unopposed to the Motion for Extension of Time to File Appellant's Brief.

1

/s/Stephen Casey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Friday, June 26, 2015, on the following via electronic transmission:

Jared Pace
Daniel P. Tobin
J. Garth Fennegan
SettlePou, PC
3333 Lee Parkway
8th Floor
Dallas, TX 75219

/s/ Stephen Casey

2